# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Microsoft Corporation,

               Plaintiff,       Case No. 16-cv-14003

v.                             Judith E. Levy
                               United States District Judge

Game Cheap, LLC and David
Radermacher,                 Mag. Judge Elizabeth A. Stafford

               Defendants.

_____/

## OPINION AND ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART PLAINTIFF'S MOTION FOR ORDER [19]

Defendants' counsel's motion to withdraw was granted on April 25, 2017, and they have not since retained new counsel that has filed an appearance. On June 20, 2017, plaintiff filed a motion for an order (1) requiring defendant Game Cheap, LLC to obtain counsel or have its answer stricken and (2) compelling defendants to answer interrogatories and produce documents. (Dkt. 19.) The motion is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.

Defendant Game Cheap, LLC shall have until August 4, 2017, for new counsel to file an appearance in this case or the answer as to this defendant will be stricken. Corporations "may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993). Defendant Radermacher has until August 4, 2017, for new counsel to file an appearance in this case or he will be deemed to be proceeding *pro se*. Plaintiff's motion to compel answers to interrogatories and produce documents is denied at this time until new counsel is obtained and also pursuant to this Court's Practice Guidelines, which direct any party with a discovery dispute to first request a telephonic conference before filing any papers.

IT IS SO ORDERED.

Dated: July 5, 2017                    s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                              United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 5, 2017.

                                              s/Julie Owens
                                              JULIE OWENS
                                              Case Manager